Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 22−19819−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Julmali I Habibul
  186 Newark Ave
  Bloomfield, NJ 07003−4908

Social Security No.:
  xxx−xx−5611

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/8/23 at 10:00 AM

to consider and act upon the following:

**50** − Creditor's Certification of Default (related document:42 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Laura M. Egerman on behalf of JPMorgan Chase Bank, National Association. Objection deadline is 10/24/2023. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) (Egerman, Laura)

**52** − Certification in Opposition to (related document:50 Creditor's Certification of Default (related document:42 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Laura M. Egerman on behalf of JPMorgan Chase Bank, National Association. Objection deadline is 10/24/2023. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) filed by Creditor JPMorgan Chase Bank, National Association) filed by Steven D. Pertuz on behalf of Julmali I Habibul. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 10/25/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court