| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 25, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   JULMALI I HABIBUL | Case No.:  22-19819 SLM<br><br>Hearing Date:  10/25/2023 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 25, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): JULMALI I HABIBUL

Case No.: 22-19819

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/25/2023 on notice to STEVEN D. PERTUZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $769.00 to the Trustee's office by 10/31/2023 or the case will be dismissed upon certification of the Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a Modified Plan, amended Schedules I and J and provide the Trustee with updated proof of income within 10 days or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney.