**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  JULMALI I HABIBUL



**Order Filed on December 14, 2023**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  22-19819SLM**

**Hearing Date:  12/13/2023**

**Judge:  STACEY L. MEISEL**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 14, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):   JULMALI I HABIBUL

Case No.:  22-19819SLM

Caption of Order:      INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 12/13/2023 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must file a Motion to Re-Enter Loss Mitigation as to the 1st mortgagee by 12/20/2023 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 1/10/2024 at 8:30 am.