Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19819−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Julmali I Habibul
 186 Newark Ave
 Bloomfield, NJ 07003−4908

Social Security No.:
 xxx−xx−5611

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/23.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 21, 2023
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-19819-SLM
Julmali I Habibul  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Dec 21, 2023  Form ID: 148  Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Julmali I Habibul, 186 Newark Ave, Bloomfield, NJ 07003-4908 |
| 519789271 | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: SYNC | Dec 22 2023 01:35:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519813257 | + EDI: AIS.COM | Dec 22 2023 01:35:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519808555 | + Email/Text: bankruptcy@cavps.com | Dec 21 2023 20:46:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519837038 | EDI: CITICORP | Dec 22 2023 01:35:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519789272 | Email/Text: ECF@fayservicing.com | Dec 21 2023 20:45:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 519807438 | Email/Text: collecadminbankruptcy@fnni.com | Dec 21 2023 20:45:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha Ne 68197 |
| 519808058 | Email/Text: collecadminbankruptcy@fnni.com | Dec 21 2023 20:45:00 | 1st National Bank Of Omaha, 1620 Dodge St, Omaha, NE 68197-0003 |
| 519808062 | EDI: CITICORP | Dec 22 2023 01:35:00 | Home Depot Credit Card Service, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519842141 | EDI: JEFFERSONCAP.COM | Dec 22 2023 01:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519823033 | EDI: JPMORGANCHASE | Dec 22 2023 01:35:00 | JPMorgan Chase Bank, National Association, Chase Records Center, At: Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519808059 | EDI: JPMORGANCHASE | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 22 2023 01:35:00 | Chase Bank, Mail Code OH4-7126, 3415 Vision Dr, Columbus, OH 43219-6009 |
| 519821758 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 20:47:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519841385 | | EDI: PRA.COM | Dec 22 2023 01:35:00 | Portfolio Recovery Associates, LLC, c/o Priceline, POB 41067, Norfolk VA 23541 |
| 519790305 | + | EDI: SYNC | Dec 22 2023 01:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519808064 | | EDI: AISTMBL.COM | Dec 22 2023 01:35:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 519799543 | + | EDI: AIS.COM | Dec 22 2023 01:35:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519839410 | ^ | MEBN | Dec 21 2023 20:39:47 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519789274 | | EDI: USBANKARS.COM | Dec 22 2023 01:35:00 | US Bank, PO Box 5830, Portland, OR 97228-5830 |
| 519834105 | + | EDI: AIS.COM | Dec 22 2023 01:35:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519808060 | * | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 519808061 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 519808063 | * | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519808065 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank, PO Box 5830, Portland, OR 97228-5830 |
| 519789273 | ## | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |

Case 22-19819-SLM    Doc 65    Filed 12/23/23    Entered 12/24/23 00:14:16    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 21, 2023 | Form ID: 148 | Total Noticed: 23 |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-A phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Steven D. Pertuz | |
| | on behalf of Debtor Julmali I Habibul pertuzlaw@verizon.net g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7