**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

JULMALI I HABIBUL

**Case No.:  22-19819**

**Adv. No.:**

**Hearing Date:  05/08/2024**

**Judge:  SLM**

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/10/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JULMALI I HABIBUL
186 NEWARK AVE
BLOOMFIELD, NJ  07003-4908
Mode of Service:  Regular Mail

Attorney for Debtor(s):
STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052
Mode of Service:  ECF and/or Regular Mail

Dated:  April 10, 2024

By:   /S/  Jessica Antoine
      Jessica Antoine