UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman, Esq.
McCalla Raymer Leibert Pierce, LLC
485F Route 1 South, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ _ECF _ Notices@mccalla.com
Attorneys for Movant

| | |
|---|---|
| In Re: Julmali I Habibul | Case No.: 22-19819-SLM<br>Chapter: 13<br>Hearing Date:<br>Judge: Stacey L. Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ✗ Withdrawn

Matter: Certification of Default (Doc. 85)

Date: July 12, 2024            /s/ Laura Egerman
                                Signature

*rev.8/1/15*