Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  22−19819−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julmali I Habibul
   186 Newark Ave
   Bloomfield, NJ 07003−4908

Social Security No.:
   xxx−xx−5611

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 23, 2024.

On the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:          November 13, 2024
Time:          08:30 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
     **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 10, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 22-19819-SLM
Julmali I Habibul                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
--- | --- | ---
Date Rcvd: Oct 10, 2024 | Form ID: 185 | Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Julmali I Habibul, 186 Newark Ave, Bloomfield, NJ 07003-4908 |
| 519789271 | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 519789273 | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| | | | Oct 10 2024 20:44:00 | |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| | | | Oct 10 2024 20:44:00 | |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| | | | Oct 10 2024 20:58:22 | |
| 519813257 | + | Email/PDF: ebn_ais@aisinfo.com | | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| | | | Oct 10 2024 20:47:45 | |
| 519808555 | + | Email/Text: bankruptcy@cavps.com | | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| | | | Oct 10 2024 20:44:00 | |
| 519837038 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| | | | Oct 10 2024 20:47:47 | |
| 519789272 | | Email/Text: ECF@fayservicing.com | | Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| | | | Oct 10 2024 20:43:00 | |
| 519807438 | | Email/Text: collecadminbankruptcy@fnni.com | | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha Ne 68197 |
| | | | Oct 10 2024 20:43:00 | |
| 519808058 | | Email/Text: collecadminbankruptcy@fnni.com | | 1st National Bank Of Omaha, 1620 Dodge St, Omaha, NE 68197-0003 |
| | | | Oct 10 2024 20:43:00 | |
| 519808062 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | Home Depot Credit Card Service, PO Box 790328, Saint Louis, MO 63179-0328 |
| | | | Oct 10 2024 20:47:18 | |
| 519842141 | | Email/Text: JCAP_BNC_Notices@jcap.com | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| | | | Oct 10 2024 20:44:00 | |
| 519823033 | | Email/PDF: ais.chase.ebn@aisinfo.com | | JPMorgan Chase Bank, National Association, Chase Records Center, At: Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| | | | Oct 10 2024 20:47:26 | |
| 519808059 | | Email/PDF: ais.chase.ebn@aisinfo.com | | Chase Bank, Mail Code OH4-7126, 3415 Vision Dr, Columbus, OH 43219-6009 |
| | | | Oct 10 2024 20:47:41 | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2024 | Form ID: 185 | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| 519821758 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 20:48:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519841385 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 10 2024 20:59:02 | Portfolio Recovery Associates, LLC, c/o Priceline, POB 41067, Norfolk VA 23541 |
| 519790305 | ^ MEBN | Oct 10 2024 20:37:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519808064 | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 10 2024 20:58:22 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 519799543 | + Email/PDF: ebn_ais@aisinfo.com | Oct 10 2024 20:48:06 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519839410 | ^ MEBN | Oct 10 2024 20:37:14 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519789274 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 10 2024 20:44:00 | US Bank, PO Box 5830, Portland, OR 97228-5830 |
| 519834105 | + Email/PDF: ebn_ais@aisinfo.com | Oct 10 2024 20:47:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519808060 | * | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 519808061 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 519808063 | * | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519808065 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank, PO Box 5830, Portland, OR 97228-5830 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2                         User: admin                                    Page 3 of 3
Date Rcvd: Oct 10, 2024                       Form ID: 185                                Total Noticed: 24

Laura M. Egerman
                          on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL
                          laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Laura M. Egerman
                          on behalf of Creditor JPMorgan Chase Bank  National Association laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
                          magecf@magtrustee.com

Phillip Andrew Raymond
                          on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup
                          Mortgage Loan Trust 2019-A phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
                          on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,
                          mccallaecf@ecf.courtdrive.com

Steven D. Pertuz
                          on behalf of Debtor Julmali I Habibul pertuzlaw@verizon.net
                          g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8