Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19819−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Julmali I Habibul
186 Newark Ave
Bloomfield, NJ 07003−4908

Social Security No.:
xxx−xx−5611

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/11/24 at 10:00 AM

to consider and act upon the following:

*102* − Creditor's Certification of Default (related document:36 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019−A. Objection deadline is 12/2/2024. (Attachments: # 1 Exhibit A − Court−Approved Stipulation # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*103* − Certification in Opposition to (related document:102 Creditor's Certification of Default (related document:36 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019−A. Objection deadline is 12/2/2024. (Attachments: # 1 Exhibit A − Court−Approved Stipulation # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019−A) filed by Steven D. Pertuz on behalf of Julmali I Habibul. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 12/3/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court