STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

Re:   JULMALI I HABIBUL                                            Atty:   STEVEN D. PERTUZ, ESQ.
      186 NEWARK AVE                                                       111 NORTHFIELD AVE. STE 304
      BLOOMFIELD,  NJ  07003-4908                                          WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 22-19819

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $22,887.24**

## RECEIPTS AS OF 01/01/2025   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/15/2023 | $195.32 | LAW OFFIC 02150 | 03/03/2023 | $195.32 | 9033165000 |
| 06/21/2023 | $781.28 | 28736737997 | 08/07/2023 | $195.32 | 28908978142 |
| 10/11/2023 | $195.00 | 28991571805 | 11/08/2023 | $769.00 | 28991578656 |
| 03/19/2024 | $560.00 | 2219819-29208149368 | 05/29/2024 | $187.00 | 28991573717 |
| 05/29/2024 | $187.00 | 28991573728 | 05/29/2024 | $187.00 | 29318739974 |
| 06/25/2024 | $187.00 | 29465959206 | 07/29/2024 | $187.00 | 29465977140 |
| 10/08/2024 | $374.00 | 29611658834 | 11/04/2024 | $187.00 | 29611654198 |

**Total Receipts: $4,387.24  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $4,387.24**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK NA | | | | | | |
| | 12/11/2023 | $43.39 | 920,532 | 12/11/2023 | $82.55 | 920,532 |
| | 02/12/2024 | $0.02 | 923,268 | 02/12/2024 | $0.04 | 923,268 |
| | 04/15/2024 | $40.39 | 926,161 | 04/15/2024 | $76.84 | 926,161 |
| | 06/17/2024 | $40.49 | 929,035 | 06/17/2024 | $77.02 | 929,035 |
| | 07/15/2024 | $13.49 | 930,519 | 07/15/2024 | $25.68 | 930,519 |
| | 08/19/2024 | $13.94 | 931,934 | 08/19/2024 | $26.51 | 931,934 |
| | 11/18/2024 | $27.57 | 936,276 | 11/18/2024 | $52.45 | 936,276 |
| CAVALRY SPV I LLC | | | | | | |
| | 12/11/2023 | $43.03 | 920,552 | 02/12/2024 | $0.02 | 923,285 |
| | 04/15/2024 | $40.06 | 926,174 | 06/17/2024 | $40.15 | 929,048 |
| | 07/15/2024 | $13.38 | 930,533 | 08/19/2024 | $13.82 | 931,948 |
| | 11/18/2024 | $27.34 | 936,290 | | | |

**Chapter 13 Case # 22-19819**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | | |
| | 12/11/2023 | $27.46 | 920,203 | | 12/11/2023 | $91.32 | 920,203 |
| | 12/11/2023 | $74.87 | 920,203 | | 12/11/2023 | $29.87 | 920,203 |
| | 02/12/2024 | $0.02 | 922,931 | | 02/12/2024 | $0.05 | 922,931 |
| | 02/12/2024 | $0.04 | 922,931 | | 02/12/2024 | $0.02 | 922,931 |
| | 04/15/2024 | $85.01 | 925,812 | | 04/15/2024 | $69.69 | 925,812 |
| | 04/15/2024 | $27.80 | 925,812 | | 04/15/2024 | $25.56 | 925,812 |
| | 06/17/2024 | $25.62 | 928,675 | | 06/17/2024 | $85.20 | 928,675 |
| | 06/17/2024 | $69.85 | 928,675 | | 06/17/2024 | $27.87 | 928,675 |
| | 07/15/2024 | $8.55 | 930,181 | | 07/15/2024 | $28.40 | 930,181 |
| | 07/15/2024 | $23.28 | 930,181 | | 07/15/2024 | $9.29 | 930,181 |
| | 08/19/2024 | $8.82 | 931,576 | | 08/19/2024 | $29.33 | 931,576 |
| | 08/19/2024 | $24.04 | 931,576 | | 08/19/2024 | $9.59 | 931,576 |
| | 11/18/2024 | $17.45 | 935,914 | | 11/18/2024 | $58.03 | 935,914 |
| | 11/18/2024 | $47.60 | 935,914 | | 11/18/2024 | $18.99 | 935,914 |
| FAY SERVICING LLC | | | | | | | |
| | 08/14/2023 | $87.04 | 914,845 | | 09/18/2023 | $159.50 | 916,337 |
| | 11/13/2023 | $156.68 | 919,263 | | 12/11/2023 | $134.78 | 920,669 |
| | 12/16/2024 | $179.53 | 937,788 | | | | |
| FIRST NATIONAL BANK OF OMAHA | | | | | | | |
| | 12/11/2023 | $14.70 | 920,684 | | 02/12/2024 | $0.01 | 923,426 |
| | 04/15/2024 | $13.68 | 926,311 | | 06/17/2024 | $13.71 | 929,199 |
| | 08/19/2024 | $9.29 | 932,091 | | 11/18/2024 | $9.35 | 936,424 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 12/11/2023 | $15.70 | 8,003,863 | | 02/12/2024 | $0.01 | 8,003,952 |
| | 04/15/2024 | $14.62 | 8,004,037 | | 06/17/2024 | $14.64 | 8,004,127 |
| | 08/19/2024 | $9.93 | 8,004,211 | | 11/18/2024 | $9.99 | 8,004,335 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 08/14/2023 | $12.62 | 914,275 | | 09/18/2023 | $23.12 | 915,762 |
| | 11/13/2023 | $22.72 | 918,702 | | 12/11/2023 | $19.54 | 920,133 |
| LVNV FUNDING LLC | | | | | | | |
| | 12/11/2023 | $45.14 | 920,797 | | 12/11/2023 | $15.81 | 920,797 |
| | 02/12/2024 | $0.02 | 923,558 | | 02/12/2024 | $0.01 | 923,558 |
| | 04/15/2024 | $42.02 | 926,454 | | 04/15/2024 | $14.72 | 926,454 |
| | 06/17/2024 | $42.12 | 929,338 | | 06/17/2024 | $14.76 | 929,338 |
| | 07/15/2024 | $14.04 | 930,779 | | 08/19/2024 | $14.50 | 932,225 |
| | 08/19/2024 | $9.99 | 932,225 | | 11/18/2024 | $28.68 | 936,544 |
| | 11/18/2024 | $10.05 | 936,544 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 12/11/2023 | $51.74 | 8,003,859 | | 02/12/2024 | $0.02 | 8,003,947 |
| | 04/15/2024 | $48.16 | 8,004,035 | | 06/17/2024 | $48.27 | 8,004,126 |
| | 07/15/2024 | $16.09 | 8,004,169 | | 08/19/2024 | $16.62 | 8,004,210 |
| | 11/18/2024 | $32.87 | 8,004,336 | | | | |
| T MOBILE/T-MOBILE USA INC | | | | | | | |
| | 12/11/2023 | $12.12 | 921,239 | | 04/15/2024 | $11.28 | 926,941 |
| | 06/17/2024 | $11.31 | 929,823 | | 08/19/2024 | $7.65 | 932,702 |
| | 11/18/2024 | $7.71 | 936,981 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 02/12/2024 | $4.08 | 922,943 | | 02/12/2024 | $1.12 | 922,943 |
| | 06/17/2024 | $8.22 | 928,688 | | 11/18/2024 | $5.45 | 935,923 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 320.93 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,000.00 | 100.00% | 1,000.00 | 0.00 |

**Chapter 13 Case # 22-19819**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | FAY SERVICING LLC | (NEW) Prepetition A | 99,255.17 | 100.00% | 179.53 | |
| 0007 | T MOBILE/T-MOBILE USA INC | UNSECURED | 806.59 | * | 50.07 | |
| 0008 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 978.41 | * | 60.74 | |
| 0009 | JPMORGAN CHASE BANK NA | MORTGAGE ARRE | 78.00 | 100.00% | 78.00 | |
| 0010 | CITIBANK NA | UNSECURED | 1,828.22 | * | 113.48 | |
| 0011 | CAVALRY SPV I LLC | UNSECURED | 2,864.47 | * | 177.80 | |
| 0012 | CAPITAL ONE BANK NA | UNSECURED | 2,888.47 | * | 179.29 | |
| 0013 | CAPITAL ONE BANK NA | UNSECURED | 5,495.17 | * | 341.09 | |
| 0014 | LVNV FUNDING LLC | UNSECURED | 3,004.85 | * | 186.52 | |
| 0015 | LVNV FUNDING LLC | UNSECURED | 1,052.60 | * | 65.34 | |
| 0016 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 285.87 | * | 17.75 | |
| 0017 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 78.50 | * | 1.12 | |
| 0018 | CITIBANK NA | UNSECURED | 6,079.09 | * | 377.34 | |
| 0019 | CITIBANK NA | UNSECURED | 4,983.80 | * | 309.37 | |
| 0020 | CITIBANK NA | UNSECURED | 1,988.41 | * | 123.43 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,443.99 | * | 213.77 | |
| 0022 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,045.26 | * | 64.89 | |
| 0023 | FAY SERVICING LLC | (NEW) MTG Agree | 738.00 | 100.00% | 538.00 | |

**Total Paid: $4,398.46**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $4,387.24    -    Paid to Claims: $3,077.53    -    Admin Costs Paid: $1,320.93    =    Funds on Hand: $175.78

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.