Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                             Case No.:  22−19819−SLM
                                             Chapter:  13
                                             Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julmali I Habibul
   186 Newark Ave
   Bloomfield, NJ 07003−4908

Social Security No.:
   xxx−xx−5611

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/14/25 at 10:00 AM

to consider and act upon the following:

*120* − Creditor's Certification of Default (related document:110 Order Resolving Creditor's Certification of Default) filed by Richard Abel on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019−A. Objection deadline is 05/5/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Abel, Richard)

*129* − Certification in Opposition to (related document:120 Creditor's Certification of Default (related document:110 Order Resolving Creditor's Certification of Default) filed by Richard Abel on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019−A. Objection deadline is 05/5/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019−A) filed by Steven D. Pertuz on behalf of Julmali I Habibul. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 5/6/25

                                                          Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court