| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No: <u>22-19819 SLM</u> |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>Richard Abel, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>rabel@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-A | Judge: Stacey L. Meisel<br><br>Chapter: <u>13</u><br><br>**Order Filed on May 29, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br>Julmali I. Habibul<br>                Debtor<br>Florinda Habibul<br>                Co-Debtor | |

| Recommend Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM STAY
# & CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 29, 2025**

                                                                        *Stacey L. Meisel*<br>
                                                             Honorable Stacey L. Meisel<br>
                                                             United States Bankruptcy Judge

Upon the motion of <u>U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-A</u>, under Bankruptcy Code sections 362(a) and 1301(c) for relief from the automatic stay and relief from the Co-Debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 186 Newark Ave, Bloomfield, NJ 07003**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

☐    Personal Property More Fully Described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay is ~~vacated~~ terminated.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease in making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*